UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA, :
:   11-cr-486 (S-1) (DLI)
:
-against- :   ECF Case
:
:   NOTICE OF ATTORNEY
:   APPEARANCE AND REQUEST FOR
IBRAHIM KURTI, :   ELECTRONIC NOTIFICATION
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Defendant Ibrahim Kurti.  The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
       January 18, 2013

DEBEVOISE & PLIMPTON LLP

By:   /s/ Matthew E. Fishbein
      Matthew E. Fishbein
      mefishbe@debevoise.com

919 Third Avenue
New York, New York  10022
(212) 909-6000

Attorney for Defendant Ibrahim Kurti

23822576v1