March 23, 2012>

Dear Hon. Loretta Preska,

My name is Elizabeta Kurti. I am Ibrahim Kurti's niece. My uncle Ibrahim was sentenced when i was 12 years old. I am now 21 years old and my life ever since my uncle was sentenced changed

a lot. When I was 8 years old, my 3 sisters and I lost our father. Things were very rough then for my sisters and I. When my father passed away, I was always upset never had a smile on my face. It

used to make me upset seeing other kids with their fathers. But, things changed, and my sisters and I didn't feel like that for long. My uncle Ibrahim played a big part in our lives. He was always

involved in everything that we did. He used to go to the movies with us, ride bicycles with us, swim with us, play volley ball with us, and many other fun stuff. Every time I had a talent show or a special

event in school, he was there cheering for me. My sisters and I felt like he was our father. We miss him so much and hope that he can be here with us as soon as possible. I have a great guy in my life

for 6 years now, and I am hoping that my uncle can come out and walk me down the aisle one day. Our family is not complete without our father figure here with us. PLEASE find it in your heart to let

my uncle come home to his family. We love and miss him so much. Thank You.

Sincerely,

Elizabeta Kurti

March 23, 2012

Dear Hon. Loretta Preska,

Hello, my name is Sabrina Kurti. I am 17 years old, and I am Ibrahim Kurti's niece. Ibrahim is my favorite uncle. He was always there for my sisters and I. He always put smiles on our faces. Ibrahim acted like a kid around us. He was full of energy and always played fun games with us. My uncle Ibrahim missed so much while he was away. My sisters and I were used to him always being there when something special in our lives happened, such as, sweet sixteen's, getting our permits and licenses, school graduations, and many other events my sisters and I were involved in. Please help my uncle Ibrahim who was also like a father to us ever since my sisters and I lost our father come home. We miss him so much and our home is not the same without our uncle Ibrahim. I hope that this letter helps Ibrahim come home to his family. We love and miss him so much. Thank You.

From,

Sabrina Kurti

March 23, 2012

Dear Hon. Loretta Preska,

    My name is Katrina Kurti, I am Ibrahim Kurti's, niece. I am sixteen years old. I miss my uncle Ibrahim so much. I wish he could come home. I miss all of the great times my family and I had with my uncle. He was always a great role model for my three sisters and I. I would always go to him when I needed advice, he was always there for my mom and sisters, like when my dad passed away I was only one years old. Everyone in my family was going through a very stressful time when he passed away. My uncle Ibrahim was like a father/best friend to me he would make everybody feel so much better. He made my family so happy and proud when he was around. He treated my sisters and me like we were his daughters. He never missed my cheerleading competitions, or my birthday parties. My house was so much better and fun when he was here home with my family and me. He would always make everybody laugh. He was a very great uncle to my sisters and me. I always pray that one day when I come home off of the bus I see uncle Ibrahim inside my house having dinner with us. That would mean so much to me, I couldn't ask for anything better but to have him home. I'm very upset that my uncle can't be a part of my life today. He would be so proud of me, how I listened to him by him telling me school is very important and never to dropout. He would always tell me school is the key to life. I really hope he gets out of jail very soon and comes home so he can be involved in all of our lives. We love him and miss him so much, words can't explain. Please help him come home to us. It would mean the world to all of his family. Thank You.

    Sincerely,

Katrina Kurti

Honorable Loretta Preska  June 20, 2012

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, NY 10007

**Re: Ibrahim Kurti/54255-054**

Dear Honarable Judge Preska:

My name is Alena Hakanjin and I am writing on behalf of Ibrahim Kurti. I have been told by some that these letters aren't really useful, but without them I don't how one's personality /character could possibly be depicted accurately. I always believe in the best and I trust that there are people in positions like yours that do take the time to "really" read these letters and do so with an open mind. I pray that my letter will give you a little glimpse into who this man really is – His most important qualities (to me) are his faith, optimism and love for life & human kind. Even in his situation where ten years of his life and the memories/experiences that come with are forever lost – he still remains positive. He still remains a good person who actually listens to your problems and offers you sound advice. He still possesses a unique sense of humor that will make you laugh and forget about anything that is bringing you down, even when you know inside he is hurting. I cannot imagine the thought/feelings/fears/hopes that go through his mind every day and even as strong as I am I really don't know if I could ever react in the same manner. He has this amazing outlook on the world and treats everyone with respect. Ibrahim is not selfish, but instead generous and sympathetic and one that will always offer assistance to those in need. Ibrahim is a very bright man who has enormous potential and I know, given the chance, he really will do great things with his life and be an honorable man for his family, friends and society.

Please, Judge Preska, take into consideration the poor health of his elderly parents. They have been and are still suffering/enduring so much pain due to his absence and they really need him home. None of us know when our day will come, but the thought that one of his parents can pass before his freedom is returned is heart breaking to me. He has nieces that have been without a father figure since his incarceration and they need that love, support, and guidance that only he can provide. Two of his other siblings suffer poor health, as well. Please empathize with how DETRIMENTAL this incarceration has been on his physical and mental health, how unnecessary such a lengthy sentence is/was and how devastating it has been not only on him, but the entire family as a whole. Please recognize the Adult Continued Education and Correspondence Courses he has taken in an effort to be better equipped for reintegration into society upon his release and how very difficult and stressful those classes were for him due to his A.D.D. and Dyslexia learning disabilities.

Neither I, nor his family condones the misconduct, for which he has been convicted, but please take into consideration all the factors (young age, drug and alcohol addiction, depression, anxiety, undiagnosed post traumatic stress disorder) that led him on that path.

Finally, I pray that this Court will show some compassion and not sentence him as unnecessarily harsh as it did last time.


With the Utmost Respect & Regards,


Alena Hakanjin

Honorable Judge Loretta Preska            06/19/12
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007


Regarding: Ibrahim Kurti #54255-054

Dear Honorable Judge Preska,

My name is Bedrija Kurti and I am the wife of Ibrahim's late brother, Isen. It has been 15 years since my husband passed and it has been a difficult journey, especially when raising four daughters as a single mother. This letter is extremely difficult to write, because it forces me to think of all the heart ache and pain of not only my husband's passing, but the absence of Ibrahim for the last ten years. Ibrahim truly was in every way a father figure to my daughters. He stepped in and took responsibility and really tried to show the girls the love and support that his late brother could no longer give. When Ibrahim went away it crushed all of us and my daughter's suffered yet again. He treated them with so much kindness and actually spent time with them. He listened to them and always instilled in them the importance of respect, values and of course, a college education. I don't know if you have children, but it really is a difficult role to play both mother and father. My girls are older now and slowly becoming women, but I still, as a mother, see and feel the loss and sadness that they have in their eyes. Of course, this worries me deeply, because you don't know exactly how a child will adjust or is adjusting to unfortunate circumstances and some will sometimes turn in the wrong direction, because they are lacking in enough guidance. I know in my heart that if Ibrahim was home, I would not have to worry about that, because he fills a great part of that loss. Their uncle Ismael is ill and their grandfather is nearly 80 years old and knowing this keeps me up at night, because I wonder sometimes how long it will be before they lose yet another male in their young lives. No one can replace their Uncle Ibrahim, because he is the closest reminder of their father's memory. He is a special person that has a child like side to his personality that just draws people to him. My daughters miss him so much and constantly ask me when their favorite uncle will be home. I always say soon, God willing, because we are all hopeful that this will become a reality someday soon. He has missed so much in their lives and nothing would make them happier than to have their Uncle Ibrahim back in their lives to pick up where he left off and to be at all the many more events to come that are important to my girls from their athletics, graduations and weddings. On that day, I pray that Ibrahim will be there to walk all of the girls down the aisle. Please don't dismiss our hopes and feelings. I know that you receive several of these letters and they probably are all similar, but when writing about a loved one, one must attempt to show through words the reasons that your loved one is special to you. I don't excuse his improper and inappropriate behavior in his younger years, but I do know that he really endured a lot at a young age in a short period of time that would make it hard for anyone to cope with in a balanced way. From his inexcusable experience in Kosovo at the hands of monstrous people to the death of his older brother, Ibrahim turned to drugs and alcohol to cope with the images and memories that haunted him daily. Please consider all of this and us on the day that you will hand down his sentence. We pray that he will be home with us. Thank you, Bedrija Kurti.

Honorable Judge Loretta Preska  06/19/12
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Ibrahim Kurti 54255-054

TO THE HONORABE JUDGE Loretta Preska,

      My name is Nurije Kurti and I am writing on behalf of myself and my husband Islam for our beloved son, Ibrahim. We came to America in 1969 from the former Yugoslavia. The Serbians executed our families and we were saved by a church and put into concentration camps in Italy and then brought to America. We love this country and love the freedom it provided us, therefore we decided to have six children and make a life for ourselves here in America. We really worked very hard and very honestly for so many years to be able to make a decent life for our children. My husband, who is disabled, is approaching the age of eighty and we are both suffering from several different illnesses, as well as the pain and loss we feel every day for the last ten years since our youngest son, Ibrahim has been in prison. We lost one of our other sons at a young age and he left behind a wife and four children. Another of my sons is ill and suffers from MS and our only daughter has recently been diagnosed with the same disease, as well. We have been supporting Ibrahim and his family with our hard earned life savings for all of this time and our granddaughter desperately needs to have her father home to watch her grow and to be a physical presence in her life. I can only pray that you look through the eyes of a mother to remotely understand what I feel every day and how sometimes I am only able to think of the images of that sweet smiling, innocent five year old who has so much heart and love in his eyes. I think every parent; especially at my age will always look at their children as "children", no matter how far they are in their adult years. Ibrahim is my son and I love him and miss him very much. When he was younger, he would always be the first of my children to ask how grandma and grandpa were doing and whether or not they were healthy or able to take care of the farm. For a child to worry so much about his grandparents should say a lot for his true character and the respect he truly has for people. This letter could never have an end when it comes to a mother writing about her memories and feelings for her son or describing his innermost qualities or the hopes and dreams she holds onto every day.

      I ask you, Honorable Judge Preska to remember and to consider that when our son, Ibrahim was arrested many years ago, he was a confused young man suffering the sickness of drug & alcohol addiction, as well as suffering mental disorders that were brought on by his horrific experiences in Kosovo when he was held captive and tortured by war criminals. My husband and I have never and will never condone the serious mistakes that Ibrahim has made in his past, but we feel that his sentence was extremely harsh and unnecessary and we ask and pray that you allow us the opportunity to make more memories with our son.

With Respect,

Mr. & Mrs. Islam Kurti