# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | KURTI, IBRAHAM | | | Reg #: | 54255-054 |
| Date of Birth: | 12/02/1973 | Sex: | M    Race: WHITE | Facility: | OTV |
| Note Date: | 08/04/2011 13:28 | Provider: | Burkett, J. HSA/EMT-P | Unit: | F09 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE  1**     **Provider:** Burkett, J. HSA/EMT-P
      Per Psychology, requesting a psychiatry consultation. See following consult.

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Psychiatry | 08/23/2011 | | No | |

   **Reason for Request:**
      37 y/o male with anxiety, poor sleep interrupted with nightmares of violence, violent temper, intrusive
      thoughts of the police brutality that he reports to endured, and hypervigilance.
   **Provisional Diagnosis:**
      Psychology Referral for evalution.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No


Completed by Burkett, J. HSA/EMT-P on 08/04/2011 13:31
Requested to be cosigned by  Holloway, McDaniel MD.
Cosign documentation will be displayed on the following page.

**SENSITIVE BUT UNCLASSIFIED**

**Federal Bureau of Prisons
Psychology Data System**

**Date-Title:** 08-04-2011 - Referral - Contract Psychiatrist
**Reg Number-Name:** 54255-054 - KURTI, IBRAHAM   **Unit/Qtrs:** ORANGE, F09-409L
**Author:** JENNIFER A. BOWE, STAFF PSYCH
**Institution:** OTV - OTISVILLE FCI

Inmate Kurti is a 37 year old white male of Albanian descent. He was born and raised in Manhattan but spent a lot of time visiting family in Kosovo. He lived with his grandparents in Kosovo from ages sixteen to eighteen. While in the United States, he reported that he grew up being the victim of beatings, attacks, and robberies that took place in his neighborhood. While visiting and living in Kosovo, he witnessed fighting and was a victim of brutality by the Serbs and police forces. He presented today with the following symptoms: anxiety, poor sleep interrupted with nightmares of what he witnessed in Kosovo, paranoia, an extreme dislike of people walking closely behind him, extreme anger with blackouts and violence, a violent temper, intrusive thoughts of the police brutality that he endured, and hypervigilance. He is irritable, has difficulty concentrating, and has noticed that he has become more forgetful lately. He has a history of violence. He stated that his head has been hit multiple times throughout his development by pipes, etc., and that he has been unconscious many times as a result. He worries that his brain may have been damaged. He is interested in a psychiatric consultation if he can be given a medication that does not have a lot of side effects. Can he be scheduled to see the contract psychiatrist? Thank you.

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | KURTI, IBRAHAM | | Reg #: | 54255-054 |
| Date of Birth: | 12/02/1973 | Sex: M Race: WHITE | Facility: | OTV |
| Note Date: | 08/26/2011 08:59 | Provider: Sommer, Diane MD, CD | Unit: | F09 |

Consultation Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**     **Provider:** Sommer, Diane MD, CD

seen in psy clinic

**ASSESSMENTS:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Axis I: Unspecified episodic mood disorder | 296.90 | Current | 08/26/2011 | Not Assessed | Chronic |
| Axis II: Deferred | Axis II: Deferred | Current | 08/26/2011 | Not Assessed | Chronic |
| Axis III: Gen psych exam, see health prob list | V70.2 | Current | 08/26/2011 | Not Assessed | Chronic |
| Axis IV: Psychosocial and environmental problems | Axis IV | Current | 08/26/2011 | Not Assessed | Chronic |
| Axis V: GAF 51 - 70 | G3 | Current | 08/26/2011 | Not Assessed | Chronic |

**Medication Reconciliation.**

**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Mirtazapine Tablet | 08/26/2011 08:59 | 15mg Orally each evening x 90 day(s) Pill Line Only |
| | **Indication:** Axis I: Unspecified episodic mood disorder | | |
| | Risperidone Oral Tablet | 08/26/2011 08:59 | 1mg Orally each evening x 90 day(s) Pill Line Only |
| | **Indication:** Axis I: Unspecified episodic mood disorder | | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Community/Contract Physician | Continue | Rx | Order | Mirtazapine Tablet | 15mg - one tab by mouth daily |
| Patient Personal Physician/ Clinic | Continue | Rx | Order | Risperidone Oral Tablet | 1mg - one tab daily by mouth |

| Inmate Name: | KURTI, IBRAHAM | | | Reg #: | 54255-054 |
|---|---|---|---|---|---|
| Date of Birth: | 12/02/1973 | Sex: | M      Race: WHITE | Facility: | OTV |
| Note Date: | 08/26/2011 08:59 | Provider: | Sommer, Diane MD, CD | Unit: | F09 |

## New Laboratory Requests:

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| _Chronic Care Clinics-Mental Health-Comprehensive Metabolic Profile (CMP) _Chronic Care Clinics-Mental Health-Lipid Profile _Chronic Care Clinics-Mental Health-Thyroid Stimulating Hormone (TSH) _Chronic Care Clinics-Mental Health-Glycated hemoglobin _Chronic Care Clinics-Mental Health-Complete Blood Count (CBC)/Diff | One Time | 08/31/2011 00:00 | Routine |

**Schedule:**

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chronic Care Visit | 09/26/2011 00:00 | Physician 01 |
| will need to be enrolled in chronic care | | |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Sommer, Diane MD, CD on 08/26/2011 09:06

**Bureau of Prisons**
## Health Services
## Inmate Intra-system Transfer

| Reg #: 54255-054 | Inmate Name: KURTI, IBRAHAM |
|---|---|

SENSITIVE BUT UNCLASSIFIED -- This information is confidential and must be appropriately safeguarded.

Transfer To: MDC Brooklyn          Transfer Date: 08/31/2011

### Health Problems

| Type | Health Problem | Status |
|---|---|---|
| Chronic | Axis I: Unspecified episodic mood disorder | Current |
| Chronic | Axis II: Deferred | Current |
| Chronic | Axis III: Gen psych exam, see health prob list | Current |
| Chronic | Axis IV: Psychosocial and environmental problems | Current |
| Chronic | Axis V: GAF 51 - 70 | Current |
| Chronic | Effusion of joint | Current |
| Temporary/Acute | MRSA | Current |
| Temporary/Acute | History Traumatic fracture | Current |
| right hand splinted | | |
| Temporary/Acute | Spasm of muscle | Current |
| History/Resolved | Contusion of unspecified site | Current |

**Medications:** All medications to be continued until evaluated by a physician unless otherwise indicated.
**Bolded drugs required for transport.**

Mirtazapine 15 MG Tab  Exp: 11/27/2011  SIG: Take one tablet by mouth each evening **crush/empty** ***pill line*** *Consent form on file *
Risperidone 1 MG Tab  Exp: 11/27/2011  SIG: Take one tablet by mouth each evening ***pill line*** *Consent form on file *

**OTCs:** Listing of all known OTCs this inmate is currently taking.
None

### Pending Appointments

| Date | Time | Activity | Provider |
|---|---|---|---|
| 09/26/2011 | 00:00 | Chronic Care Visit | Physician 01 |
| 04/15/2012 | 00:00 | PPD Administration | Nurse |

### TB Clearance:

Last PPD Date: 04/15/2011                    Induration: 0mm
Last Chest X-Ray Date:                       Results:
TB Treatment:                                Sx free for 30 days: Yes
TB Follow-up Recommended: No

### Sickle Cell:

Sickle Cell Trait/Disease:   No

### Limitations/Restrictions/Diets:

Cleared for Food Service: No

### Comments:

### Allergies

No Known Allergies

### Devices / Equipment

No Data Found

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Travel:**
    Direct Travel: No
Travel Restrictions: _____

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

Transfer From Institution: OTISVILLE FCI      Phone Number: 8453866700
    Address 1: TWO MILE DRIVE
    Address 2:
    City/State/Zip: OTISVILLE, New York 10963

Name/Title of Person Completing Form: Sommer, Diane MD, CD      Date: 08/30/2011

Inmate Name: KURTI, IBRAHAM      Reg #: 54255-054    DOB: 12/02/1973    Sex: M

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | | Reg #: | 54255-054 |
|---|---|---|---|---|---|---|
| Inmate Name: | KURTI, IBRAHAM | | | | Facility: | BRO |
| Date of Birth: | 12/02/1973 | Sex: | M | Race: WHITE | Unit: | K05 |
| Encounter Date: | 09/15/2011 15:03 | Provider: | Newland, R. MD/CD | | | |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Newland, R. MD/CD

     **Chief Complaint:** Behavioral Health Problem

     **Subjective:** 37 years old White male with Hx. S/P ORIF Left Ankle 2003 he is not having any related issues to this condition. Hx. Episodic Mood Disorder, claim been in compliance with his medication with out having any side effect. No suicidal attempt, Hx, physical and sexual abuse while been torture 1990 ethnic cleansing, Hx. cocaine and marijuana abuse for over eight years. Claim he is a Federal Writ and he is not having any other medical issues, no chest pain and no shortness of breath.

     **Pain Location:**

     **Pain Scale:** 0

     **Pain Qualities:**

     **History of Trauma:**

     **Onset:**

     **Duration:**

     **Exacerbating Factors:**

     **Relieving Factors:**

     **Comments:**

**Seen for clinic(s):** Mental Health

**Added to clinic(s):** Mental Health

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/15/2011 | 15:07 BRO | 97.4 | 36.3 | Oral | Newland, R. MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/15/2011 | 15:07 BRO | 72 | Via Machine | Regular | Newland, R. MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/15/2011 | 15:07 BRO | 16 | Newland, R. MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/15/2011 | 15:07 BRO | 124/83 | Left Arm | Sitting | Adult-regular | Newland, R. MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/15/2011 | 15:07 BRO | 100 | Room Air | Newland, R. MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 09/15/2011 | 15:07 BRO | 76.0 | 193.0 | Newland, R. MD/CD |

**Weight:**

Inmate Name: KURTI, IBRAHAM
Date of Birth: 12/02/1973
Encounter Date: 09/15/2011 15:03

Sex: M Race: WHITE
Provider: Newland, R. MD/CD

Reg #: 54255-054
Facility: BRO
Unit: K05

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 09/15/2011 | 15:07 BRO | 211.0 | 95.7 | | Newland, R. MD/CD |

## Exam:

### General
**Appearance/Nutrition**
Yes: Appears Well, NAD, Alert and Oriented x 3

### Head
**General**
Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

### Eyes
**General**
Yes: PERRLA, Extraocular Movements Intact

### Neck
**General**
Yes: Supple, Symmetric, Trachea Midline

### Pulmonary
**Auscultation**
Yes: Clear to Auscultation Bilaterally, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds

### Cardiovascular
**Auscultation**
Yes: Normal S1 and S2

### Abdomen
**Palpation**
Yes: Soft, Non-tender on Palpation

### Musculoskeletal
**Ankle/Foot/Toes**
Yes: Normal Exam, Full Range of Motion, Non-tender on Palpation

Left ankle healed surgical scar secondary to ORIF

### Neurologic
**Cranial Nerves (CN)**
Yes: CN 2-12 Intact Grossly

### Mental Health
**Posture**
Yes: Normal

**Grooming/Hygiene**
Yes: Normal

**Thought Process**
Yes: Normal

**Thought Content**
Yes: Normal

**Perceptions**
Yes: Normal

**Orientation**
Yes: Normal, Appropriate, Alert and Oriented x 3

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|-------------|------|--------|-------------|----------|------|

| Inmate Name: | KURTI, IBRAHAM | | | | Reg #: | 54255-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/02/1973 | Sex: | M | Race: WHITE | Facility: | BRO |
| Encounter Date: | 09/15/2011 15:03 | Provider: | Newland, R. MD/CD | | Unit: | K05 |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Axis I: Unspecified episodic mood disorder | 296.90 | Current | 08/26/2011 | At Treatment Goal | Chronic |
| Effusion of joint | 719.0 | Current | 05/03/2010 | At Treatment Goal | Chronic |

**PLAN:**

**Discontinued Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| _Chronic Care Clinics-Mental Health-Comprehensive Metabolic Profile (CMP)_ _Chronic Care Clinics-Mental Health-Lipid Profile_ _Chronic Care Clinics-Mental Health-Thyroid Stimulating Hormone (TSH)_ _Chronic Care Clinics-Mental Health-Glycated hemoglobin_ _Chronic Care Clinics-Mental Health-Complete Blood Count (CBC)/Diff_ | One Time | 08/31/2011 00:00 | Routine |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Profile tests-General-Comprehensive Metabolic Profile (CMP) Blood tests-t-Thyroid Stimulating Hormone (TSH) Profile tests-General-CBC and WBC Differential | One Time | 10/20/2011 00:00 | Routine |

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Other:**

- Educated on diet and exercise
- Granted lower bunk permit
- S/C PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/15/2011 | Counseling | Compliance - Treatment | Newland, R. | Verbalizes Understanding |

| Inmate Name: | KURTI, IBRAHAM | | | | Reg #: | 54255-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/02/1973 | Sex: | M | Race: WHITE | Facility: | BRO |
| Encounter Date: | 09/15/2011 15:03 | Provider: | Newland, R. MD/CD | | Unit: | K05 |

**Copay Required:** No　　　　**Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Newland, R. MD/CD on 09/15/2011 15:19