DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

September 26, 2013

<u>BY HAND DELIVERY AND ECF</u>

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
22 Cadman Plaza East
Brooklyn, New York 11201

**United States v. Ibrahim Kurti**
**11 CR 00486 (DLI)**

Dear Judge Irizarry:

    I write on behalf of defendant Ibrahim Kurti in the above-referenced matter to respectfully request that the Court consider the attached letter from Jamaela Kurti, Mr. Kurti's long-time significant other, which I received yesterday.

    Thank you.

Respectfully,

Matthew E. Fishbein

Enclosure

cc:    AUSA Steven L. Tiscione (by ECF)
       AUSA Gina M. Parlovecchio (by ECF)
       AUSA Una A. Dean (by ECF)
       United States Probation Officer Mary Ann Betts (by Hand)

Honorable Irizarry

United States District of New York

Southern District of New York

500 Pearl Street

New York, NY 10007


Dear Honorable Judge Irizarry,

   I am writing this letter in behalf of Ibrahim Kurti.  I am his wife of 18 years. We have an 11 year old daughter  Scarlett Rose.  He has been gone since she was 6 months.  She does have a relationship with him because I have been bringing her to see him all of these years. I have taken every form of transportation following him around the country with her. It has not been easy being a single mom, supporting myself her and him.  Ibrahim's life was cut short.

 He is in school and  is an A plus student. His whole attitude toward life is different. He should be out here working and paying taxes, contributing to society. Helping all of us. Not sitting in there, useless to the world and his family. We all need him. His brother passed away and left behind 4 girls to which he was their father figure. His parents are much older and need him. I work 12 hour days 5 days a week, so I can't see him as much as I would like. Scarlett is very innocent and right now thinks he has an army job and is under contract, so he can't leave. I'm not ready to tell her the truth yet. When the time is right I will. I have no other children because of this. I hope that you can consider his sentence. He is an intelligent, loving person with a good heart.

 This sentence is a sentence for many people, not just him. He never had an opportunity to help me or really be a true father to his child that he could be.  I hope this is not his destiny to die in there and miss our life or to be released when it is almost over.     There is so much more but I will end this letter here and hope you consider his life and all of ours. My daughter and I have everything we need except him. I have a great job and home.  I hope he can finally have the opportunity to contribute to our child and family.  Thank you for taking the time to read this letter.  11 years has gone by like a minute. I hope we all don't have to suffer for 20 more.


Jamaela Kurti