

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:GMP
F.#2011R01661/NY-NYE-648Z

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2013

By Hand and ECF
The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Ibrahim Kurti
>       Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

     The government respectfully submits this letter in anticipation of sentencing in the above-captioned case, which is scheduled for October 3, 2013.  In its sentencing memorandum submitted on September 25, 2013, the government inadvertently referenced an incorrect Guidelines calculation.  As set forth in the PSR, the correct adjusted offense level is 2, after considering the two-level reduction for acceptance of responsibility.  The government also continues to support a further two-level reduction for global disposition, which would result in an adjusted offense level of 0.  Both parties and the Probation Department are in agreement with this calculation.

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York

By:   /s/_____
      Steven L. Tiscione
      Gina M. Parlovecchio
      Assistant U.S. Attorney
      (718) 254-6317/6228

cc:   MaryAnn Betts, U.S. Probation Officer (by E-mail)
     Matthew E. Fishbein, Esq. (by ECF)
     Clerk of Court (DLI) (by ECF)